No. 726. Ex Parte Rodríguez.—Appeal from the District Court of Mayagüez. Decided October 2, 1911. Appeal withdrawn on motion of appellant. *Mr. William J. Santos* for appellant.

———

No. 82. Preston et al. *v.* The District Judge.—Petition for a writ of *certiorari.* Decided October 5, 1911. Petition denied. *Messrs. Hartzell* and *Rodríguez Serra* for petitioners.

———

No. 703. Tellado *v.* Suris.—Appeal from the District Court of Mayagüez. Decided October 5, 1911. Appeal withdrawn for the reasons stated in the opinion in the case of *The American Railroad Company of Porto Rico* v. *Municipal Court of Ponce,* decided April 4, 1910. *Mr. Fernando Vázquez* for petitioner. The respondent did not appear.

———

No. 374. The People *v.* Saenz et al.—Appeal from the District Court of San Juan, Section 2. Decided October 6, 1911. Judgment affirmed. *Mr. Salvador Picornell* for appellants. *Mr. Jesús M. Rossy, fiscal,* for respondent.

———

No. 138. Puente et al. *v.* Foote, District Judge.—Petition for a writ of *mandamus.* Motion for reconsideration. Decided October 6, 1911. Motion overruled. *Mr. N. B. K. Pettingill* for petitioners.

———

No. 376. The People *v.* Padial.—Appeal from the District Court of San Juan, Section 2. Decided October 10, 1911. *Mr. L. Figueroa Maestre* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.